## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

_DODIE SMITH_

Inmate Identification Number: _214459_

_P.O. Box 5107_

_Union Springs, Al. 36089_
(Enter above the full name(s) of the plaintiff(s)
in this action)

vs.

_CLEBURNE COUNTY JAIL, DARREL_

_DURHAM, Sherrif, Head JAILER,_

_CRANSTON, JAILERS, JEFF ADOMS,_

_BOB BENIFIELD, STEVE._ ~~ISTIA~~
(Enter above full name(s) of the defendant(s)
in this action)

01 APR -5 PH 12: 41

U.S. DISTRICT COURT
N.D. OF ALABAMA

CV-01-G-0871-S

_It is your responsibility to
notify the clerk in writing
of any address change.
Failure to notify the clerk
may result in dismissal
of your case
without further notice._

I.    **Previous lawsuits**

A.    Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes   (    )          No   ( X )

B.    If your answer to (A) is "yes," describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

1.    Parties to this previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

_____

2.      Court (if Federal Court, name the district; if State Court, name the county)

_____

3.      Docket number _____

4.      Name of judge to whom case was assigned     _____

_____

5.      Disposition (for example: Was the case dismissed?   Was it appealed?   Is it still pending?) _____

_____

6.      Approximate date of filing lawsuit _____

_____

7.      Approximate date of disposition _____

II.    Place of present confinement    *Bullock Correctional Facility*

A.    Is there a prisoner grievance procedure in this institution?
Yes   (    )        No    ( ✕ )

B.    Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes   (    )        No    ( ✕ )

C.    If your answer is YES:

1.      What steps did you take? _____

_____

2.      What was the result? _____

_____

D.    If your answer is NO, explain why not? *The incident took place at Clebrune County Jail, Not at Bullock Correctional Facility, Clebrune County Jail has no gievance procedure.*

2

### III.   Parties

In item (A) below, place your name(s) in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.

A.   Name of plaintiff(s)   *Dodie Smith   AIS No: 214459*

Address   *P. O. Box 5107*

*Union Springs, Al 36089*

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank.  Use item (C) for the names, positions, and places of employment of any additional defendants.

B.   Defendant   *Darrel Durham*

is employed as   *Sherrif*

at   *Cleburne County Alabama*

C.   Additional Defendants   *Head Jailer, Cranston*

*Jailers, Jeff Adams, Bod Benifield,*

*Steve Benifield,*

### IV.   Statement of Claim

State here, as briefly as possible, the FACTS of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Use as much space as you need.  Attach extra sheets, if necessary.

*My rights were violated when I broke my leg and*
*was not allowed to go to the hospital for*
*treatment. Now I have a permenent leg injury.*
*During an attempted escape I jumped off the*

3

the fence and broke my right Leg. Jailer Jeff Adams
would not let the paramedics take me to the hospital.
I was put back in jail on a top bunk with my leg broken.
Jeff Adams deined me treatment, I had to get off a
top bunk to go to the Bath room. It Caused further damaged
to my leg. It was the next day before I had treatment,
                              See attached sheet          See attached
                                                          Breif in Support
**V.   RELIEF**

State briefly **exactly** what you want the court to do for you.  Make no legal arguments.  Cite no cases
or statutes.

I would like for the Court to order all medical
expence paid and to pay the Plaintiff
the amount of $3,000,000.00 for the violations
he has sufferd

**"I declare under penalty of perjury that the foregoing is true and correct.**

Executed on ___4 - 2 - 2 0 0 1___.

_Dodie Litt_

**Signature(s)**

4

Continued from Page 4

Sherrif, Darrel Durham is over the
Cleburne Jail and responcable for the
actions of the jailers and he was aware
of their actions and the sitution
    After I finely received treatment
on my leg, I was still made to sleep
on a top bunk which is cruel and
unusal punishment. The action of the
jailers and the Sherrif do show a
deliberate indifference.
    Head Jailer Cranston is responcable
for the running of the Jail and for the
actions of the jailer. It was at his
order that I have been violated.
    Jailers, Jeff ADoms, Bob, Benifield, and
Steve ███████ would not let me have a
bottom bunk while my leg was Broken.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

N.D. OF ALABAMA

DODIE SMITH, AIS No: 214459,*

    Plaintiff, (PRO-SE) *

                     *

V.                      *    CV-01-G-0871-S

                     *

CLEBURNE COUNTY JAIL,   *

DARREL DURHAM, Sherrif,   *

Head Jailer, CRANSTON,   *

Jailers, JEFF ADOMS, BOB   *

BENIFIELD, STEVE         *

~~B_____~~,         *

    Defendants,     *

MEMORANDUM IN SUPPORT

OF 1983 CIVIL ACTION

    Comes now the Plaintiff in the above
Style cause, Pursuant to 42 U.S.C.A
§ 1983 and in support of his Complaint
would like to show this Honorable Court
as Follows:

    That on August 31, 2000 during an

attempted escape the Plaintiff broke
his right leg at the ankle. The paramedics
were called, but were not allowed to
carried the Plaintiff to the hospital.
(See Exhibit A, AFFidavit of Plaintiff)
The actions of the Head Jailer, Cranston,
Jailer, Jeff Adoms, and Sherrif Durham,
clearly violate the Plaintiff's constitutional
rights under the eight amendment. See
McDuffie v. Hopper 982 F. Supp. 817 (1997)
It is a violation of prisoner's constitut-
ional rights for prison official to be
deliberately indifferent to prisoner's
serious medical needs. Also see
Nicholson v. Choctow County 498 F. Supp
295 (1980).
        Defendant, Jeff Adoms had 2
trustees drag the Plaintiff back up
the Stairs and put the Plaintiff on
the Top bunk he had been using. During
the night the Plaintiff had to make tripes
to the bath room off this top bunk, which
is five feet off the floor. This caused
more damaged to his broken Leg. This
has resulted into permenent leg damage.

This does show deliberate indifferent
by Defendant, Jeff Adams, and his Actions
were to the point to be considered crul
and unusual punishment. McDuffie V.
Hopper, 982 F. Supp. 817.
      The next day some 20 hours later, the
Plaintiff was allow to be taken to the
hospital by paramedic. He was treated at
string Fellow Hospital in Anniston by
Doctor Pain. The Plaintiff had to undergo
surgery and have screws put permentently
in his leg. Because delay in treatment
the Plaintiff's Leg was swollen so bad that
the Doctor could only put a splent on it.
After the Plaintiff returned from the
hospital, even with The condictions
described above, he was made to sleep
on a top bunk. (See Plaintiff's Affidavit)
      The Defendants, Sherrif, Darral Durham,
Head Jailer, Cranston, Jailers, Jeff Adams,
Bod, Benifield, STeve ~~~~~~~, Clearly
show a deliberate indifferent that
resulted in crul and unusual punishment.
The Plaintiff ask each of these
Defendants to move him to a bottom

bunk and they all said," NO".

Plaintiff avers that all the above
allegation are factual and would be
shown in the paramedic records, String
Fellow Hospital's of Anniston's records.
and Doctor Pain's records. Plaintiff
also has witnesses that would testify to
the actions of the Defendants. The
witnesses are: Shane Anderson, Adom Bell,
Rex Bentley, David Smith, John Mitchel,
Tom West, Andy Kiker, Tiny Lambert, Chuck
Branstein, Donny Whitley, and Rodney Harris,
All these witnessen know that Plaintiff was
not carried to the hospital until the next
day, also that Plaintiff was made to
sleep on a top bunk.

Plaintiff avers that his constitional
rights have been violated under the eight
amendment. That he was treated with
deliberate indifferents and that his
suffering because of this was crul and
unusual punishment. That now the
results is a permenent leg injury.

WHEREFORE, Plaintiff prays unto this
Honorable Court that it will Grant the
relief requested in this 1983 Complaint,
and any other, further relief this Court
deems just and proper.

Respectfull Submitted

Dodie Smith

Dodie Smith
AIS NO: 214459
P. O. Box 5107
Union Springs, Al. 36089

## AFFIDAVIT

My name is Dodie Smith, AIS No: 214459
and the following statements are true
and correct to the best of my knowledge.
  That on August 31, 2000 while I
attempted an escape from the Cleburne
County Jail, I jumped off a fence and
broke my leg. Deputy Eric Adoms saw
me jump or more like fall of the fence
and came to rearrest me. He told me to
get up and walk and I could not. I had
to hop back to the jail on one foot.
  By the time I got back to the jail
my leg had doubled in size, from the
bottom of my foot to the knee had done
turned blue and had water blisters on
my foot. My foot was turned over side ways
about 180° and I could not move my
right foot or toes.
  The paramedics were call and they
came. Jailer Jeff Adoms ask the
paramedic if he thought it was broken.
They said," probably so", but they could
not be sure without x-rays. Jailer Jeff
Adoms would not let the paramedics treat
me or carried me to the hospital.

The paramedics were dismissed and
Jeff Adoms had 2 trustees to drag me
back up the steps and put me back on
my top bunk, some 5 feet high.
    During the night I would have to get
off this top bunk to go to the rest
room. I fell one time and caused great
pain to my right leg. This caused more
damage to my leg and caused it to swell
even more. I was in very very bad pain.
    I was check on some 20 hours later,
and the paramedics were call. I was
taken to String Fellow Hospital in Anniston.
I was treated by Doctor Pain. The Doctor
found that my right leg was broken
horizonally at the ankle joint and it had a
split running parallel up the bone. I had
surgery and the Doctor had to put screws
in my leg to remain permently. Now I
have permenent leg damage. Because of the
delay in treatment my leg was swelled
to the point that the Doctor could not
put it in a cast, therefore it could not
heal right. Now my leg is twisted to one
side.

When I returned from the hospital, I
sleep down stairs on a couch the first
night. The next day I was taken back
up stairs to a cell and put back on a
top bunk 5 feet off the floor. I ask
all the jailers for a bottom bunk and
they all said no.

The third night back I had a seizure in
my cell. My right foot hit the steel wall
several times. It was the next morning
before the Jailers Knew about it, I tried
to get the Jailers to take me back to
the Doctor and they refused. I was told
to wait until my next Doctor visit. By
the next night my foot and leg were numb.
It had swollen to the point that blood
circulation was cut off. I had to take
the splint of to get the circulation back.

The next by the jailer saw that the
splient was off and how bad my leg had
swollen, I was carried back to the doctor
and my leg was x-raied. The Doctor
put a loose splient back on it.

The Head Jailer and the other Jailers
Know that I had seizures when I came

to jail. It took me about a month to
get my seizure medication. I received
a months supply. When it ran out I
was not allow any more.
    Now my foot is twisted to the right
about 25 degrees. I have a lot of pain
when I walk on it. I limp very bad and
cannot get about very fast. About 15 or
20 minutes at a time is all I can
stand on my right leg.

    Done this the 2nd Day of April , 2001.


                    Dodie Smith
                    Dodie Smith, AIS No: 214459


    Sworn to and Subscribed before me this
    the 2nd Day of April , 2001.


                    L Anc C. Anthony
                    Notary Public

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Mar. 23, 2003
BONDED THRU NOTARY PUBLIC UNDERWRITERS